**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| NUUR SAID ALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-0796 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On November 19, 2007, the Magistrate Judge issued a Report and Recommendation,

recommending that the defendant's Motion to Dismiss be granted.  (Docket No. 10)  No timely

objections have been filed.  The Report and Recommendation (Docket No. 10) is therefore

**ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons

expressed therein, the defendant's Motion to Dismiss (Docket No. 9) is **GRANTED**, and this

Complaint is **DISMISSED AS MOOT**.

It is so **ORDERED.**

Enter this 17th day of December 2007.

_____

ALETA A. TRAUGER
U.S. District Judge